| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | LAURA MYERS, IL Bar #6338417 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
MARLON KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-po-00367 |
| Plaintiff, | STATUS REPORT; STIPULATION TO CONTINUE REVIEW HEARING; ~~PROPOSED~~ ORDER |
| vs. | |
| MARLON KENNEDY, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for the plaintiff, and Assistant Federal Defender Laura Myers, counsel for Marlon Kennedy, that the Court may continue the review hearing to February 4, 2025.

On February 6, 2024, this Court sentenced Mr. Kennedy for driving under the influence of alcohol, in violation of 36 CFR § 4.23(a)(2).  ECF No. 10.  The Court imposed a twelve-month term of probation with an expiration date of March 1, 2025.  The Court ordered Mr. Kennedy to pay a fine of $1000, a special assessment of $10, and a processing fee of $30, for a total financial penalty of $1,040.  In addition, the Court ordered Mr. Kennedy to complete a three-month First Time Offender DUI program by November 5, 2024.  A review hearing was set for November 5, 2024, at 10:00 AM.

Mr. Kennedy has completed the First-Time DUI program as ordered by the Court. He expects to pay the financial penalty in full prior to this Court's deadline.

In light of his compliance on probation thus far, the parties request that this Court continue Mr. Kennedy's review hearing to February 6, 2025, with a status report to be filed seven days prior.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 21, 2024        */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 21, 2024        */s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
MARLON KENNEDY

## **O R D E R**

For good cause shown on the parties' stipulated request, the review hearing scheduled for November 5, 2024, at 10 AM is continued to February 4, 2025, at 10 AM. The defendant is ordered to file a status report seven days prior to the review hearing.

IT IS SO ORDERED.

Dated:  **October 23, 2024**

UNITED STATES MAGISTRATE JUDGE