HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MARLON KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-po-00367 |
|---|---|
| Plaintiff, | STATUS REPORT; STIPULATION TO TERMINATE PROBATION PURSUANT TO 18 U.S.C. §3564(C); [PROPOSED] ORDER |
| vs. | |
| MARLON KENNEDY, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for the plaintiff, and Assistant Federal Defender Laura Myers, counsel for Marlon Kennedy, that the Court may terminate Mr. Kennedy's term of probation because such action is warranted by the conduct of the defendant and the interest of justice. *See* 18 U.S.C. § 3564(c).

On February 8, 2024, this Court sentenced Mr. Kennedy for driving under the influence of alcohol, in violation of 36 CFR § 4.23(a)(2). ECF #10. The Court imposed a twelve-month term of probation with an expiration date of March 1, 2025. The Court ordered Mr. Kennedy to pay a fine of $1,000, a special assessment of $10, and a processing fee of $30, for a total financial penalty of $1,040. In addition, the Court ordered Mr. Kennedy to complete a First-Time Offender DUI course by November 5, 2024. The Court set a review hearing for November 5, 2024.

On October 22, 2024, the parties reported that Mr. Kennedy had timely completed the First-Time Offender DUI course and requested that the status hearing be continued to February 4, 2025. This Court granted the parties' request. ECF #13, 15.

Mr. Kennedy has now satisfied the remaining terms of his probation. As of January 23, 2025, he has paid his financial penalty in full. *See* ECF #16. Accordingly, the parties submit that termination of probation and is warranted by Mr. Kennedy's compliance and is in the interest of justice.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: January 28, 2025    */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 28, 2025    */s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
MARLON KENNEDY

## O R D E R

**IT IS SO ORDERED.** Pursuant to 18 U.S.C. § 3564(c), the Defendant's term of probation is hereby terminated given his satisfaction of all probationary terms and in the interests of justice.

**FURTHER**, the status conference scheduled for February 4, 2025, is VACATED.

IT IS SO ORDERED.

Dated: **January 28, 2025**

UNITED STATES MAGISTRATE JUDGE

Kennedy / Stipulation to Terminate Probation              -2-